People of State of Illinois, Plaintiff-Defendant in
Error, v. John Williams, Defendant-Plaintiff in Error.

Gen. No. 9,841.

Charles E. Binkert, for plaintiff in error; John T. Reardon, State's Attorney, and H. David Condron, Assistant State's Attorney, for defendant in error. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed November 5, 1952; released for publication December 2, 1952.